UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 10-CIV-23795-MOORE/SIMONTON
**CONSENT CASE**

LEO MARTIN REYES GARCIA,
STEVEN ANTONIO GONZAGA
MENDEZ and all others similarly
 situated under 29 U.S.C. 216(B),

    Plaintiffs,

vs.

FLEMING TRUCK SALES CORP.,
LUIS F. CACEDA and FERNANDO
CACEDA

    Defendants.
_____/

**DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM**

    Defendants, FLEMING TRUCK SALES, CORP., (hereinafter "FLEMING TRUCK"), LUIS F. CACEDA (hereinafter "CACEDA") by and through the undersigned counsel, hereby file the above-referenced response and state as follows:

    1.    Defendants contend that Plaintiffs were paid overtime. Defendants are in the process of gathering time records and documents regarding Plaintiff's wages and hours. Defendants operate a small business, and have not been able to gather such documents before this date due to the travel schedule of Defendant Luis Caceda.

                                      Respectfully submitted,

/s Gary A. Costales
Gary A. Costales
Florida Bar No. 0948829
Law Offices of Gary A. Costales, P.A.
1200 Brickell Avenue, Suite 1230
Miami, Florida 33131
(305) 375-9510
(305) 375-9511(facsimile)
costalesgary@hotmail.com

## CERTIFICATE OF SERVICE

**I hereby certify** that on February 28, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s Gary A. Costales

## SERVICE LIST

LEO MARTIN REYES GARCIA, STEVEN ANTONIO GONZAGA MENDEZ V. FLEMING TRUCK SALES CORP., LUIS F. CACEDA AND FERNANDO CACEDA
CASE NO.: 10-23795-CIV- MOORE/SIMONTON
United States District Court, Southern District of Florida

| | |
|---|---|
| J.H. Zidell, Esq. | Gary A. Costales, Esq. |
| E-mail: zabogado@aol.com | E-mail:costalesgary@hotmail.com |
| | |
| J.H. Zidell, P.A. | Gary A. Costales, P.A. |
| 300 71st Street, Suite 605 | 1200 Brickell Ave. Suite 1230 |
| Miami Beach, FL 33141 | Miami, Florida 33131 |
| Telephone: (305) 865-6766 | Telephone: (305) 375-9510 |

2

Facsimile: (305) 865-7167          Facsimile: (305) 375-9511
Attorney for Plaintiffs            Attorney for Defendants
Notice of Electronic Filing        Notice of Electronic Filing