UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-23795-CIV-MOORE/SIMONTON
**CONSENT CASE**

LEO MARTIN REYES GARCIA, STEVEN )
ANTONIO GONZAGA MENDEZ and all )
others similarly situated under 29 U.S.C. )
216(B), )
      Plaintiffs, )
vs. )
)
FLEMING TRUCK SALES CORP. )
LUIS F. CACEDA )
FERNANDO CACEDA )
)
      Defendants. )
)

## JOINT STIPULATION

Come Now the Parties, by and through undersigned counsel and hereby enter the following Stipulation as follows:

1. As set forth in footnote number one to Defendants Answer and Affirmative Defenses [D.E. 8], the Parties stipulate that Defendant Luis F. Caceda goes by the name of Fernando Cacedo.

2. Plaintiffs agree to voluntarily dismiss the complaint without prejudice, pursuant to Fed R. Civ. Pro. 41(a) against Defendant Fernando Caceda. Defendants do not oppose this motion.

Date: 11/15/11

J.H. Zidell P.A.
Attorneys for Plaintiffs
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By: /s/ Daniel T. Feld
    Daniel T. Feld, Esq.
    Florida Bar No.: 0037013

Date: 11/15/11

Gary A. Costales P.A.
Counsel for Defendants
1200 Brickell Ave, Suite 1230
Miami, Florida 33131
Phone: (305) 375-9510
Fax: (305) 375-9511

/s Gary A. Costales
Gary A. Costales Esq.
Florida Bar No. 948829