AO 187 (Rev. 7/87) Exhibit and/Witness List

# United States District Court

SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION

| | |
|---|---|
| LEO MARTIN REYES GARCIA, STEVEN ANTONIO GONZAGA MENDEZ and all others similarly situated under 29 U.S.C. 216(B),<br><br>    Plaintiff,<br><br>v.<br><br>FLEMING TRUCK SALES CORP., LUIS F. CACEDA and FERNANDO CACEDA<br><br>    Defendants. | **DEFENDANTS' AMENDED WITNESS AND EXHIBIT LIST**<br><br>CASE No. 10-CIV-23795-MOORE/SIMONTON <u>CONSENT CASE</u> |

| PRESIDING JUDGE<br>Honorable<br>ANDREA M. SIMONTON | PLAINTIFF'S ATTORNEY<br>J.H. ZIDELL, ESQ.<br>300 71ST STREET, SUITE 605<br>MIAMI BEACH, FL 33141 | DEFENDANT'S ATTORNEY<br>GARY A. COSTALES, ESQ.<br>1200 BRICKELL AVE. SUITE 1230<br>MIAMI, FLORIDA 33131 |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DEFENDANTS' DESCRIPTION OF EXHIBITS*/WTNESSES and Plaintiff's Objections |
|---|---|---|---|---|---|
| | | | | | Fernando Caceda, Fleming truck Sales Corp., 8292 NW 64 Street, Miami, FL 33166 (305) 597-9746 |
| | | | | | All witnesses listed by Plaintiffs to which Defendants do not object<br>**List of Other Possible Witnesses**<br>Jesus Chucho, 8292 NW 64th Street, Miami FL 33166 (305) 597-9746<br><br>Ruben Dario, 8292 NW 64th Street, Miami FL 33166 (305) 597-9746<br><br>Melissa Hooper, 8292 NW 64th Street, Miami FL 33166 (305) 597-9746 |
| | | | | | All impeachment exhibits |
| | 1 | | | | (withdrawn) |

EXHIBIT LIST

Page 1 of _____ Pages

| | | | | | |
|---|---|---|---|---|---|
| | 2 | | | | Chase Bank Statement; bate stamped document 0002 |
| | 3 | | | | U.S. Corporation Income Tax Return 1120; bate stamped document 0003-0007 |
| | 4 | | | | Copies of Pay Check to Plaintiff, Leo Reyes; bate stamped document 0008-0025 |
| | 5 | | | | Bank Statement page 7 of 15 for the pay period 10/1/07-10/31/07; bate stamped document 0026 |
| | 6 | | | | Copy of Pay Check to Plaintiff, Steven Gonzaga; bate stamped document 0027 |
| | 7 | | | | Bank Statement page 5 of 9 for the pay period 6/1/09-6/30/09; bate stamped document 0028 |
| | 8 | | | | Bank Statement page 7 of 10 for the pay period 7/1/09-7/31/09; bate stamped document 0029 |
| | 9 | | | | Bank Statement page 4 of 7 for the pay period 08/1/09-8/31/09; bate stamped document 0030 |
| | 10 | | | | Bank Statement page 5 of 8 for the pay period 09/1/09-09/30/09; bate stamped document 0031 |
| | 11 | | | | Bank Statement page 4 for the pay period 10/1/09-10/31/09; bate stamped document 0032 |
| | 12 | | | | Bank Statement page 5 of 10 for the pay period 11/1/09-11/30/09; bate stamped document 0033 |
| | 13 | | | | Bank Statement page 4 of 8 for the pay period 12/1/09-12/31/09; bate stamped document 0034 |
| | 14 | | | | Request for Approval to Hire; bate stamped document 0035 |
| | 15 | | | | Bank Statement page 6 of 15 for the pay period 10/1/07-10/31/07; bate stamped document 0036 |
| | 16 | | | | Exhibit A of the Deposition of Defendants; Form 1120 U.S. Corporation Income Tax Return 2008 |
| | 17 | | | | Exhibit B of the Deposition of Defendants ; Pay Calculation Spread Sheet from 2007-2011 |
| | 18 | | | | Exhibit C of the Deposition of Defendants ; Payroll Spread Sheets for Plaintiffs from 9/29/07-10/21/10 |
| | 19 | | | | Exhibit D of the Deposition of Defendants ; Copies of Pay Checks paid to Leo Reyes (check 1689;dated 5/24/10, check 1415;dated 8/24/2010 and check 3163; dated 5/24/2010), Receipts to Leo Reyes from 4/7/10-10/1810 and Time Sheets |
| | 20 | | | | Exhibit E of Plaintiff's Deposition; Note, Copies of Pay Checks paid to Leo Reyes from 4/12/10-10/21/10 and Receipt; dated 9/27/10 |
| | 21 | | | | Exhibit F of the Deposition of Defendants ; Copies of Pay Checks paid to Steven Gonzaga from 1/4/08-12/23/08 |
| | 22 | | | | Exhibit G of the Deposition of Defendants ; Copies of Pay Checks paid to Steven Gonzaga from 11/5/2007-12/18/07 |
| | 23 | | | | Exhibit H of the Deposition of Defendants; Copies of Pay Checks paid to Leo Reyes from 1/7/09-12/14/09 |

|  | | | | |
|---|---|---|---|---|
| 24 | | | | Exhibit I of the Deposition of Defendants ; Copies of Pay Checks paid to Leo Reyes from 2/21/08-12/23/08 |
| 25 | | | | Copies of DOL Poster |
| 26 | | | | Pictures of facility |
| 27 | | | | Summaries of pay calculations |

EXHIBIT LIST

Page 3 of _____ Pages