| | |
|---|---|
| **United States District Court** | |
| SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION | |
| LEO MARTIN REYES GARCIA, STEVEN ANTONIO GONZAGA MENDEZ and all others similarly situated under 29 U.S.C. 216(B),<br>         Plaintiffs,<br>    vs.<br>FLEMING TRUCK SALES CORP.<br>LUIS F. CACEDA<br>FERNANDO CACEDA<br>         Defendants. | **PLAINTIFFS SECOND AMENDED EXHIBIT LIST**<br><br>CASE NO.: 10-23795-CIV-MOORE/SIMONTON<br><br>**CONSENT CASE** |
| PRESIDING JUDGE<br>Honorable<br>JUDGE SIMONTON | PLAINTIFF'S ATTORNEY<br>J.H. Zidell, Esq.<br>300 71st Street<br>Suite 605<br>Miami Beach, Florida 33141 | DEFENDANT'S ATTORNEY<br>Gary Andrew Costales, Esq.<br>Gary A. Costales P.A.<br>1200 Brickell Ave<br>Suite 1230<br>Miami, Florida 33131 |
| TRIAL DATE(S)<br>December 5, 2011 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO | DEF .NO | DATE OFFERED | MARKED | ADMITTED | PLAINTIFF'S DESCRIPTION OF EXHIBITS*/WITNESSES and Defendant's Objections |
|---|---|---|---|---|---|
| 1 | | | | | Fleming Truck Sales Corp income tax returns for year 2009 |
| 2 | | | | | Fleming Truck Sales Corp income tax returns for year 2008 |
| 3 | | | | | Fleming Truck Sales Corp bank statement for month October 2007 |
| 4 | | | | | Employment Application of Leo Martin Reyes Garcia |
| 5 | | | | | Time sheets for Leo Martin Reyes Garcia |
| 6 | | | | | Receipt for payments made to Leo Martin Reyes Garcia |
| 7 | | | | | Carbon copy of checks issued to Leo Martin Reyes Garcia |
| 8 | | | | | Checks issued to Leo Martin Reyes Garcia |
| 9 | | | | | Checks issued to Steven Gonzaga |
| 10 | | | | | Checks issued to Yader Reyes |
| 11 | | | | | Summary of payments made |
| 12 | | | | | Bank deposit slips with copy of checks issued to Leo Martin Reyes Garcia |
| 13 | | | | | Florida Department of State print out for Fleming Truck Sales Corp |

Exhibit List – Leo Martin Reyes Garcia

| 14 | | | | | Florida Department of State print out for Fleming USA Corp |
| --- | --- | --- | --- | --- | --- |
| 15 | | | | | Defendants answer to Amended Complaint |
| 16 | | | | | Photos of Plaintiffs at work |
| 17 | | | | | All impeachment exhibits |
| 18 | | | | | All Rebuttal Exhibits |
| 19 | | | | | All Exhibits listed on Defendants Exhibit List that are not objected to by Plaintiffs or that are allowed into evidence over Plaintiffs objections. |
| 20 | | | | | |
| 21 | | | | | |

Exhibit List – Leo Martin Reyes Garcia