UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  10-23795-CIV-SIMONTON
<u>CONSENT CASE</u>

LEO MARTIN REYES GARCIA,
et al.,

    Plaintiffs,
v.

LUIS F. CACEDA, FERNANDO
CACEDA and FLEMING TRUCK
SALES, CORP.,

    Defendants.
    _____/

<u>ORDER STAYING ACTION DUE TO SUGGESTION OF BANKRUPTCY</u>

This matter is before the Court upon the Suggestion of Bankruptcy filed by Defendants Luis F. Caceda and Fleming Truck Sales (DE # 88).  Pursuant to the Southern District of Florida Local Rules, this case has been reassigned to the undersigned United States Magistrate Judge for all further proceedings (DE # 15).

The Suggestion of Bankruptcy states that on March 8, 2013, Defendants Luis F. Caceda and Fleming Truck Sales filed Voluntary Petitions under Chapter 7 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of Florida.  The filing of the bankruptcy petition automatically stays all proceedings in this Court with respect to the Defendants. *See* 11 U.S.C. § 362.  Therefore, it is hereby

**ORDERED** that the above-styled action is **STAYED** until the conclusion of the bankruptcy action or unless relief from the automatic stay is granted by the bankruptcy court.  All pending motions are **DENIED AS MOOT**.  Plaintiff may seek to reopen any post-judgment matter by filing a proper motion to do so within 14 days from the date that

the bankruptcy case is closed, or relief from the automatic stay is granted.

**DONE AND ORDERED** at Miami, Florida, on April 22, 2013.

*/s/ Andrea M. Simonton*
_____
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

Copies furnished via CM/ECF to:

All counsel of record